# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| LAREDO CONSTRUCTION, INC., LAREDO OFFSHORE SERVICES, INC., AND THE GRAND, LTD.<br>**PLAINTIFF**<br><br>VS.<br><br>FUGRO USA MARINE, INC.<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 4:24-CV-02205 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

This SUMMONS IN A CIVIL ACTION, LAREDO CONSTRUCTION, INC., LAREDO OFFSHORE SERVICES, INC. & THE GRAND, LTD.'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND BREACH OF CONTRACT, EXHIBIT A, EXHIBIT B, CIVIL COVER SHEET, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, FROM 4, SCHEDULING AND DOCKET CONTROL ORDER, COURT PROCEDURES for FUGRO USA MARINE, INC. c/o Registered Agent CT CORPORATION SYSTEM was received by me on Monday, August 5, 2024 at 2:35 PM.

I delivered the above-mentioned documents to Intake Specialist: William Miller who represented that they were authorized to accept service on behalf of FUGRO USA MARINE, INC. c/o Registered Agent CT CORPORATION SYSTEM on Tuesday, August 6, 2024 at 2:40 PM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, August 6, 2024

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002


Santos-dec action; LARE.S2113852
DocID: P325164_1