**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAREDO CONSTRUCTION, INC., LAREDO OFFSHORE SERVICES INC., AND THE GRAND, LTD.** *Plaintiffs*, | § § § § | **CIVIL ACTION 4:24-cv-2205** |
| **v.** | § § | **ADMIRALTY RULE 9(h)** |
| **FUGRO USA MARINE, INC.** ***Defendant.*** | § § § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Plaintiffs LAREDO CONSTRUCTION, INC., LAREDO OFFSHORE SERVICES, INC., (the "Laredo Entities") and THE GRAND, LTD., (collectively, "Plaintiffs") in a cause for breach of contract, and declaratory judgment, respectfully submit this Notice of Appearance of Additional Counsel. Robert P. Vining, State Bar No. 24049870, Federal ID No. 35870, 1001 McKinney Street, Suite 1400, Houston, Texas 77002, will also appear as an additional attorney of record for Plaintiffs, in the above-referenced cause of action. Robert P. Vining is admitted to practice in this Court and is a member in good standing of the State Bar of Texas.

Respectfully submitted,

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC**

*/s/ Robert P. Vining*

**ROBERT P. VINING**
Texas Bar No. 24049870
S.D. Tex. ID No. 35870
rvining@sbsb-eastham.com
1001 McKinney St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
***Attorney for Plaintiffs Laredo Construction, Inc., Laredo Offshore Services, Inc. and The Grand, LTD.***

OF COUNSEL

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC**

**SUSAN NOE WILSON**
Texas Bar No. 15055025
S.D. Tex. ID No. 15092
snoewilson@sbsb-eastham.com
**MICHAEL W. HOGUE**
Texas Bar No. 09809800
S.D. Tex. ID No. 8442
mhogue@sbsb-eastham.com
**MARILYN VILANDOS**
State Bar No. 24034689
S.D. Tex. ID No. 32332
mvilandos@sbsb-eastham.com
**DYLAN SPECK**
Texas Bar No. 24102528
S.D. Tex. ID No. 30353983
dspeck@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
Facsimile: (713) 574-2942

and

**CARRA MILLER**
Texas Bar No. 24103937
S.D. Tex. ID No. 3162385
cmiller@sbsb-eastham.com
807 N. Upper Broadway, Suite 201
Corpus Christi, Texas 78401
Telephone: (361) 356-1102